# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
 *Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 08, 2008

Mr. Hunter R. Levi
13001 W. 118th Terrace
Overland Park, KS  66210

    RE:  08-3820  Hunter Levi v. Anheuser-Busch Companies, et al

Dear Mr. Levi:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at www.ca8.uscourts.gov/files/cmecfstandingorder.pdf. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

It appears from an examination of the docket entries that a timely filed post-judgment motion is pending before the district court. A notice of appeal filed after entry of judgment but before disposition of the post-judgment motion as **ineffective** until the entry of the order disposing of the last outstanding motion. A new notice of appeal is not required under Federal Rule of Appellate Procedure Rule 4(a)4 to perfect the appeal after disposition of the last outstanding motion **unless** the party seeks review of the ruling on the post-judgment motion. In such a case, an amended notice of appeal must be filed within the prescribed time. No additional fees shall be required for such filing.

Upon receipt of the ruling disposing of the last outstanding motion, this court will establish the appropriate briefing schedule.

If you disagree with application of the Rule in this case, please advise this office within ten days of the date of this letter.

        Michael E. Gans
        Clerk of Court

PSA

Enclosure(s)

cc:     Mr. William Corum
        Mr. Paul E. Donnelly
        Mr. Robert J. Hoffman
        Ms. Julianne Popper Story
        Mr. Robert M. Thompson
        Ms. Patricia L. Brune

        District Court/Agency Case Number(s):   4:08-cv-00398-RED

**Caption For Case Number:   08-3820**

**Hunter R. Levi,**

      **Plaintiff - Appellant**

**v.**

**Anheuser-Busch Companies, Inc.; August Busch; Mark Bobak; Joseph Sellinger; John Jacob; Patrick Stokes; Michael Harding; Steven Busch; Randolph Baker; August Busch, IV; Sabrina Wrenn; Jeff Pitts, and others; Andrew Taylor; Douglas Warner; Carlos Fernandez; Charles Knight; Vilma Martinez; Vernon Loucks; Joyce Roche; James Jones; James Forsee; Henry Hugh Shelton; Edward Whitacre; Richard Gephardt; James Hoffa; Winston & Strawn; Aerotek, Inc., and others,**

      **Defendants - Appellees**

**Addresses For Case Participants:   08-3820**

Mr. Hunter R. Levi
13001 W. 118th Terrace
Overland Park, KS  66210

Mr. William Corum
HUSCH & BLACKWELL
4801 Main Street
Suite 1000
Kansas City, MO  64112-0000

Mr. Paul E. Donnelly
STINSON & MORRISON
1201 Walnut Street
Suite 2900
Kansas City, MO  64106-2150

Mr. Robert J. Hoffman
BRYAN & CAVE
1200 Main Street
3500 One Kansas City Place
Kansas City, MO  64105-0000

Ms. Julianne Popper Story
HUSCH & BLACKWELL
4801 Main Street
Suite 1000
Kansas City, MO  64112-0000

Mr. Robert M. Thompson
BRYAN & CAVE
1200 Main Street
3500 One Kansas City Place
Kansas City, MO  64105-0000

Ms. Patricia L. Brune
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
400 E. Ninth Street
Room 1510
Kansas City, MO  64106-0000